Same case below, 369 Fed. Appx. 424.

**No. 10-191. Hasanal Kemal, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 896, 131 S. Ct. 346, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6499.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 802.

**No. 10-193. William Schell, et ux., Petitioners v. United States.**

562 U.S. 897, 131 S. Ct. 346, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6285.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 589 F.3d 1378.

**No. 10-195. Fort Peck Housing Authority, Petitioner v. Department of Housing and Urban Development, et al.**

562 U.S. 897, 131 S. Ct. 347, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6149.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 367 Fed. Appx. 884.

**No. 10-197. Christa Bauer, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 897, 131 S. Ct. 347, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6185,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 353 Fed. Appx. 38.

**No. 10-198. Jerry Lee Donovan, Petitioner v. United States.**

562 U.S. 897, 131 S. Ct. 347, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6357.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 690.

**No. 10-201. John J. Grabner, III, Petitioner v. H&R Block Enterprises, Inc., et al.**

562 U.S. 897, 131 S. Ct. 347, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6177.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 369 Fed. Appx. 772.